UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV21-05705 JAK (KSx) | Date | October 12, 2021 |
|---|---|---|---|
| Title | Justin H. Wilkes v. Pocketwatch, Inc. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER DISMISSING CASE   JS-6

An Order Re Request to Proceed *In Forma* Pauperis was issued by the Court on **August 27, 2021** ordering Plaintiff to: pay the filing fee in full within 30 days or this case will be dismissed. No response has been provided by Plaintiff. Therefore, the Court DISMISSES the matter failure to follow the Court's Orders.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Preparer | TJ | |